

DAN RAYFIELD
Attorney General

BENJAMIN GUTMAN
Interim Deputy Attorney General

# DEPARTMENT OF JUSTICE
APPELLATE DIVISION

September 5, 2025

Molly Dwyer
Clerk of the Court
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

Re:  *Jessica Bates v. Fariborz Pakseresht, et al.*, No. 23-4169

Ms. Dwyer:

    Appellees notify the Court that they do not intend to petition for panel rehearing or rehearing en banc.

                        Sincerely,

                        /s/ Philip Thoennes

                        Philip Thoennes
                        Senior Assistant Attorney General
                        philip.thoennes@doj.oregon.gov

cc:  Johannes Widmalm-Delphonse
     Rebekah Schultheiss
     Jonathan Andrew Scruggs
     John J. Bursch
     Jeremy N. Gayed
     Emily Jones
     Andrea M Picciotti-Bayer
     Abigail Jane St. Hilaire

`

September 5, 2025
Page 2

    Ian Seth Speir, I
    Lea E. Patterson
    Matthew P. Cavedon
    Ilya Shapiro
    Joshua N. Turner
    Christopher Ernest Mills
    Joshua N. Turner
    Ray Devon Hacke
    Brennan Bowen
    Ronald London
    Samuel T. Grover

PT4:bmg\998545912